IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO SCHWARTZENBERGER,<br><br>      Petitioner,<br>  v.<br><br>F. GONZALES, Warden,<br><br>      Respondent. | No. C 10-0858 SBA (PR)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order granting respondent's motion to dismiss petition as untimely signed today, this action is DISMISSED WITH PREJUDICE. 28 U.S.C. § 2244(d).

    IT IS SO ORDERED.

DATED: September 30, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

**United States District Court**
For the Northern District of California

G:\PRO-SE\SBA\HC.10\Schwartzenberger1137.jud.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LEO SCHWARTZENBERGER,

        Plaintiff,

  v.

F GONZALES et al,

        Defendant.

Case Number: CV10-00858 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 12, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leo Schwartzenberger V-62320
California Correctional Institution
P.O. Box 608
Tehachapi, CA 93581

Dated: October 12, 2011

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.10\Schwartzenberger1137.jud.frm     2